IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KETORIAN L. WILSON, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-541-O |
| | § | |
| SHERIFF TARRANT COUNTY, | § | |
|     Respondent. | § | |

## OPINION AND ORDER

Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner, Ketorian L. Wilson, a state prisoner confined in the Tarrant County jail, against the sheriff of Tarrant County, Texas, Respondent. After considering the pleadings and relief sought by Petitioner, the Court has concluded that the petition should be dismissed with prejudice as frivolous.

**I. BACKGROUND**

On April 13, 2021, the clerk of Court received for filing Petitioner's original form "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241." Pet., ECF No. 1. Because the petition was illegible and incomprehensible, the Court ordered Petitioner to complete and return a second form "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241," which the clerk of Court received for filing on May 26, 2021. Am. Pet., ECF No. 9.[1] As best as the Court can decipher, Petitioner is confined on new criminal charges for which he has yet to be convicted and on a parole violation. *Id.* at 2. By way of the petition, he purports to challenge his pretrial detention; parole or mandatory supervision; and time credits. *Id.* at 2. He appears to allege that he is a "General with the US Army," a "President," and a "King" and to seek to be released from jail and let off parole because he will be

---

[1] Petitioner also filed a form "Petition for a Writ of Habeas Corpus by a Person in State Custody" and amended form "Petition for a Writ of Habeas Corpus by a Person in State Custody" under § 2254 raising the same or similar claims in Civil Action No. 4:21-CV-542-O.

killed if he returns to the "Texas penitentiary." *Id.* at 5–7.

## II. DISCUSSION

A habeas-corpus petition under 28 U.S.C. § 2241 is subject to summary dismissal if it plainly appears from the face of the petition that the petitioner is not entitled to relief. 28 U.S.C. § 2243. Petitioner alleges no facts to suggest that his current confinement is unlawful. His pleadings, even when liberally construed in accordance with his pro se status, are nothing more than nonsensical and unintelligible allegations. Accordingly, his petition is subject to summary dismissal on this basis.

## III. CONCLUSION

For the reasons discussed, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice as frivolous. Further, for the reasons discussed, a certificate of appealability is **DENIED**. Petitioner's application to proceed *in forma pauperis* filed on May 10, 2021, (ECF No. 6) is **GRANTED**; his application to proceed *in forma pauperis* filed on April 13, 2021, (ECF No. 2) is **DENIED** because it is not supported by any evidence upon which to determine whether *in-forma-pauperis* status should be granted; and his applications to proceed *in forma pauperis* filed on May 12 and May 26, 2021, (ECF Nos. 7, 10 & 11) are **DENIED** as repetitive.

**SO ORDERED** on this 3rd day of June, 2021.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**